Mathilda Wittwer, as Executrix of Gottfried Wittwer, Deceased, Respondent, v. Frank E. Goldstein, Defendant, and The Syracuse Trust Company, as Executor and Trustee under the Will of Henry Frank, Deceased, Appellant.

(Argued October 8, 1935; decided October 22, 1935.)

*Lionel O. Grossman* and *Dominic S. Rizzo* for appellant.

*Carlton F. Bown* for Lewis, Bown, Johnson & Tobin, *amici curiæ.*

*Donald E. Carr* for respondent.

*Clarence W. McKay* for Wilbert A. Naramore et al., *amici curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not voting: CROUCH, J.